UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-2690-MWF(MARx)** | Dated: **June 13, 2022** |
| Title: | Sarah Downs -v- Adidas America, Inc., et al. | |

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Christian Oronsaye | Jannine E. Kranz |

**PROCEEDINGS:** **IN PERSON PLAINTIFF'S MOTION TO REMAND [18] SCHEDULING CONFERENCE**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Counsel submit on the tentative. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

The Scheduling Conference is held. The Court orders June 13, 2023 as the trial date. A separate order with the trial dates and deadlines will be issued.

**IT IS SO ORDERED.**

Initials of Deputy Clerk   rs
:03/:02